40        (10)        1821

*John Meldrum*
*vs*
*James Fulton.*

Filed in the Clerks
office Sept 9th 1822
M DORR Clk

MICHIGAN, SUPREME COURT.

Copy.)                  OF THE TERM OF SEPTEMBER, IN THE YEAR
OF OUR LORD ONE THOUSAND EIGHT HUNDRED
AND TWENTY ONE.

James Fulton, of the County of St. Clair, is delivered to bail, on a cepi Corpus, unto David C. M<sup>c</sup>Kinstry, of the County of Wayne, yeoman, and Conrad Ten Eyck, of the County of Wayne, yeoman, and John S. Roby, of the County of Wayne, Merchant, at the Suit of John Meldrum, in a plea of debt on Bond.                (Signed)  Charles C. Trowbridge
                                   Com<sup>r</sup> of Bail, Wayne County, T.M.

Hunt & Larned   Att<sup>s</sup> for Deft.

MICHIGAN TERRITORY, TOWIT:

SUPREME COURT.              I Certify that the above is a true copy of the Bail piece on file in my office, in the Case of John Meldrum against James Fulton.

Detroit September 5th 1822.         MELVIN DORR
                               Clerk of the Supreme Court,
                               of the Territory of Michigan.

COUNTY OF WAYNE SS:

Let notice be given, without delay, to the within named Plaintiff or his Attorney, that the Defendant hath On the prayer and for the indemnity of his manucaptors been committed to the Custody of the Sheriff of the County of Wayne aforesaid, at the Suit of the Plaintiff in the within plea mentioned; and that unless Cause to the Contrary be shown by the Plaintiff before me, at my office in the City of Detroit, on Monday — the Ninth day of September, present, at four of the Clock in the afternoon, of that day, an exoneretur will be endorsed on the Bail piece accordingly.

Dated at the City of Detroit, on the 5th day of September 1822.
                           CHS CH<sup>R</sup> TROWBRIDGE
                           Com<sup>r</sup> of Bail   Wayne County.

I have notified John Meldrum, to appear before Chs C. Trowbridge Esq. Commissioner of Bail, in compliance with the above order, on Monday, the ninth day of September, instant, at 4 o'clock p.m.

Detroit September 5th 1822.         For A. E. Wing Shff
                                  T. YOUNG Dept

Sworn to and Subscribed
Before me.
      CHS CH<sup>R</sup> TROWBRIDGE Com<sup>r</sup> of Bail.

668

County of Wayne ss:      City of Detroit, Monday 9th Sept. 4 p.m.

The Plaintiff not having appeared, and due proof having been made of the service of the notice, as appears by the affidavit hereto annexed, let an Exoneretur be endorsed on the Bail piece accordingly.

<div align="right">

Chs Ch<sup>r</sup> Trowbridge
Com<sup>r</sup> of Bail.